Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order.

United States Courts
Southern District of Texas
FILED

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS

JAN 24 2020

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Cr. No. 4:19-cr-920 |
| | ) | |
| vs. | ) | |
| | ) | |
| GLOBAL PLYWOOD AND | ) | |
| LUMBER TRADING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

#### Consent to Transfer of Case for Plea and Sentence
*(Under Rule 20)*

I, Ernesto Ceballos, as the duly appointed corporate representative of GLOBAL PLYWOOD AND LUMBER TRADING, LLC, the Defendant, have been informed that a criminal information is pending against the Defendant in the above-designated case. Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, the Defendant wishes to plead guilty to the offense charged, to consent to the disposition of the case in the District of Columbia, and to waive trial in the above captioned District.

January 13, 2020
Dated: December ___, 2019.

Ernesto Ceballos , Defendant

Patricia Moran , Witness

Sean Hennessy , Counsel for Defendant

Approved:

RYAN K. PATRICK
United States Attorney
SOUTHERN DISTRICT OF TEXAS

JESSIE K. LIU
United States Attorney
DISTRICT OF COLUMBIA

TRUE COPY I CERTIFY ATTEST:
DAVID J. BRADLEY, Clerk of Court
By _____
Deputy Clerk



TRUE COPY I CERTIFY ATTEST:
DAVID J. BRADLEY, Clerk of Court

By: _____
Deputy Clerk